Page 1
FILED
MAR 15 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. _____
(leave this space blank)

DWIGHT L. ROBINSON
_____
(enter full names of each plaintiff(s))

v.

Mr. HESS, SUPERVISOR,
Mr. JEFF LASSITER, MANAGEMENT,
Mr. GEORGE T. SOLOMON, DIRECTOR of D.P.S.
_____
(enter full names of each defendant(s))

Inmate Number 0347829

*************************************************************************

I.  HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( )  NO (✓)

If your answer is YES, describe the former lawsuit in the space provided below:

_____
_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE?  YES (✓)  NO ( )

If your answer is YES:

1. What steps did you take? I INFORMED SUPERVISOR OF MY COMPLAINT.

2. What was the result? (Attach copies of grievances or other supporting documentation.)
   "SEE GRIEVANCES ATTACH SHEETS"

Page 1 of 5

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _CALEDONIA ENTERPRISE_, and I am now being housed at _CALEDONIA PRISON_. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

_YES_ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: _DWIGHT L. ROBINSON #0347829_
Name of Present Confinement _CALEDONIA CORRECTIONAL INST._
Address of Present Confinement _P.O. BOX 137, TILLERY N.C. 27887_

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant _Mr. HESS_
Position _SUPERVISOR_
Employed at _DOS, CALEDONIA ENTERPRISE_
Address _P.O. BOX 137, TILLERY NC. 27887_
Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant _Mr. JEFF LASSITER_
Position _MANAGEMENT DIRECTOR OF CANNERY_
Employed at _DOS, CALEDONIA ENTERPRISE_
Address _P.O. BOX 137, TILLERY, N.C. 27887_
Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

REVISED DATE: 09/2001

D. Defendant  Mr. George T. Solomon
   Position  Director of Department of Safety Correctional
   Employed at  DOS D.P.S.
   Address  2787 Caledonia Drive, Tillery, NC. 27887
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

E. Defendant  _____
   Position  _____
   Employed at  _____
   Address  _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant  _____
   Position  _____
   Employed at  _____
   Address  _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

## IV. STATEMENT OF CLAIM

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES. If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

I am a cannery worker, Whom is forced to work in a danagerous area's where paint & asbestos exist. I was never once told by staff or employer's of DOS about the hazard of my Job, and here rescently I and my co-worker was force to take a broom remove falling pieces of paint with asbestos leaking from said ceiling. I've here lately had nose continuity running blowing blood out, shortness of breath and a hurting in my chest. Out of all cannery worker's, I'm closest to the roof top for they put me up stairs were I am to throw can's through the hole to be filled with vegetable's. We have stay up stairs breathing such

Page 3 of 5
Case 5:16-ct-03068-BO   Document 1   Filed 03/15/16   Page 3 of 7

Attach sheets of Statement of claim

B. with no Equipment to help us. We have to sign up paper's each year to cover the enterprise. My health is important and like I said the other day I was forced to knot down lose piece's, so that the contract's Roof men can come in to spread form on the Roof. We have been forced to work in dangerous area's for some time now, I've been there over a year, there is no excuse in this world to say to The Inmate's, "QUOT", I'll have all of you shiped out and more brougt in' If the Cannery really was good for the process of Rehabilitation then why such statement made by the Management of said enterprise, or why make inmate's work in such area's. They're fixing the problem and so that no one's ever learn of the truth. They've brough in contractor's to do the Job, so what happen's to my health as time gose by? I Ask the honorable court to look into all fact's of this case and they will see my fact's are true. I make this brief as short as possible for This honorable court, and for Justice. Complaint: I Dwight L. Robinson, bring this complaint for the following Reason, First and utmost is my health and my welfare, and secondly the painciple's of fact's concerning. The comfirmed Abestos which exist down at the Cannery, I have been forced to work in dangerous area's of the plant closer then most men, by being put up stair's where the Dust particle's alway's flown in the air, I was told by supervisors I signed paper's stating I want to work in the Cannery. But no were there any warning on Documentation saying I for fit my health & welfare, nor was I ever told of such material existed. I happen to find a sign on the posted on a Door way, My theory "Several men for which I know have died from Cancer, Although I cann't connect those men to such, It is fact's I rely on to bring forth this action, First and utmost I was placed in this area by a Supervisor, For If I had failed I would be held accountable by my action's. Never the less I fulfilled my pledge to follow all rules set forth by my supervision. On our last day's befor Christmas Holiday, I was told by supervisor Mr. Hess to take a BROOM and sweep down the area in which I said, and at first I refused, but followed order's, as set forth in said

"Attach sheets of statement of claim"

C. Rule and Regulation's. Ever since, I have Bloody nose's, my breathing has shortness and my chest has been hurting lately. It is my belief that said Abestos has leaking for year's through water some time come down on can's and I have noticed the Dust which settle's on can's before I throw them through the hole to be filled with vegetable. This plant has been a danger to myself and other for year's, and this matter seem's to not bother those that run it. The sign on the door post say's, COMFIRMED ABESTOS CONTAINED MATERIAL are located within this facility. Do not disturb without proper training and equipment. But the sign that's posted on the wall outside of the cannery. Do not imply or indicate were the Abestos are hidden in the facility. We inmate's have no idea, nor has the staff or employer's, and supervision's, Mr. Jeff Lassiter; Management has attempt to give inmate's a warning of the danger & caution sign were exactly, or over stated the importance of the Intoxi been implicated concerning directly were the Abestos are located, now I have been working without any equipment and my health is failing because of such. On Dec 16, 2015 that Thursday, I started coughing real bad, sniffle's nose continual running. The coughing got my chest hurting. I had to stay in bed Friday the 17th + Saturday 18th because I was hurting and feeling so bad. On Dec 25, 2015 I was writing a letter and my nose just start bleeding and when I blow my nose trace of blood shown and coming out. Lately some time it hurt for me to inhale and breath. I'm requesting an x-ray or what other medical treatement needed. Abestos- any of several mineral's (as chrysotile) that readily seperate into long flexiber's that cause "Abestosis", and have been implicated as cause's of certain "cancer's", an that have been used especially formerly as fireproof insulation material's Abestosis- pneumoconi... marked by thicking and scrring of lung tissue's.

REVISED DATE: 09/2001

D. PNEUMICONISIS, A DISEASE OF the lungs CAUSE By habitual INhalation of IRRITANTS (AS MINERAl ON METALlic particle's, Black lung/sililose), MESOTHELIOMA, A MALIGNANT tumor lining OF lungs. The ABOVE IS All My REASON FOR such worry's AS to My health AND BEEN FORCE to work IN DANGEROUS AREA'S such AS I have, AND knowing the paint Flake's AND Dust contains ABestos, petitioner Bring Forth this action Against the DOS, AND the CANNERy ENterprise people IN power, Whom took my Health From me. To: The honorable court, please acknowledge Above, petitioner had Filed this GRIEVANCE, ON DEC 14, 2015, NOW petitioner waiting to exhaust administrative REMEDIES, AS OF JAN 5, 2016, petitioner was Forced to sign the 2016 ORIENTATION FORM, During process of signing the ORIENTATION FORM's, I acknowledge That the CANNERy had made sudden adjustment pertaining to the CORRECTION OF ABestos Being Removed By spraying insulation to cover up the ABestosis that still REMAINS IN the Facility, Why NOW CAUSE petitioner had File A GRIEVANCE ON DEC 14, 2015, SURELy petitioner have their Attention NOW, why make the INMate's SIGN paper NOW, The Damage has Already BEEN DONE, After Being Forced to sign. My understanding is that, IF I Fail to Sign the Document they would write me up FOR REFUSING A DIRECT ORDER AND may get charged AND lock up.

V. **RELIEF SOUGHT BY PRISONER**

State briefly exactly what you want the Court to do for you. MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.

I want the Full MAX ON punitive DAMAGE'S AND ON physical pain's AND MISERy. The Full CAP Allowed By LAW, I want MENTAL payMENT FOR MENTAL STRESS--STRESS AS well.

REVISED DATE: 09/2001

_____
_____
_____
_____

Signed this _14_ day of __MARCh__, 201_6_.

_Dwight L. Robinson_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

**I declare under penalty of perjury that the foregoing is true and correct.**

_3-14-2016_     _Dwight L Robinson_
Date            Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)